Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.:  18–13649
Chapter:  13
Judge:  Janet S. Baer

In Re:
　Michael P. Lannon
　2591 Ross Street
　Hampshire, IL 60140

Social Security / Individual Taxpayer ID No.:
　xxx–xx–7277

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on September 7, 2018

　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: September 10, 2018　　　　　　　　　　Jeffrey P. Allsteadt , Clerk
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court